UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISTIN HOFFMAN,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, and others,<br><br>               Defendants. | Case Nos.  5:24-cv-04104 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Susan van Keulen for consideration of whether the case is related to 5:24-cv-00623 SVK, *Kristin Hoffman v. United States Department of Education, and others.*

**IT IS SO ORDERED.**

Dated:  July 16, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 24-cv-04104 NC
SUA SPONTE JUDICIAL REFERRAL