UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HOFFMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　Defendants. | Case No.  24-cv-00623-SVK<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

On June 12, 2024, the Court dismissed self-represented Plaintiff's complaint with leave to file an amended complaint by July 12, 2024.  *See* Dkt. 21.  As of the issuance of this Order, Plaintiff has not filed an amended complaint.  Accordingly, the Court **ORDERS** Plaintiff to appear via Zoom on **August 13, 2024, at 10:00 a.m.** and show cause, if any, why the Court should not dismiss this action for failure to prosecute.[1]  Further, Plaintiff shall file a response to this Order by **August 6, 2024**.  Plaintiff must submit any such filing in this action (and not in any other action she may have commenced).  If Plaintiff files an amended complaint, the Court will vacate the August 13 hearing.

The Court encourages Plaintiff to seek free legal assistance from the Legal Help Center located in the San Jose courthouse.  The Legal Help Center will not represent Plaintiff in this action but can provide basic legal assistance at no cost.  Plaintiff can schedule an appointment by calling 408-297-1480 or emailing hsong@asianlawalliance.org.  Plaintiff can find more information about the Legal Help Center at:  https://cand.uscourts.gov/pro-se-litigants/.

---

[1] The Court's Zoom information is available at:  https://www.cand.uscourts.gov/judges/van-keulen-susan-svk/.

The Court also provides a free guide, "Representing Yourself in Federal Court:  A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions and trial.  Plaintiff can access the guide online (https://www.cand.uscourts.gov/wp-content/uploads/2023/03/Pro_Se_Handbook_4-2024_MBB.pdf) or in hard copy free of charge from the Clerk's Office.

**SO ORDERED.**

Dated: July 23, 2024

_____
SUSAN VAN KEULEN
United States Magistrate Judge